**Opinion issued May 4, 2017**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-17-00103-CV

—————————————

## ROSHUNDA LAGO, Appellant

## V.

## HARRIS COUNTY, TEXAS, Appellee

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1078421**

## MEMORANDUM OPINION

Roshunda Lago appeals from a judgment signed January 6, 2017. Lago has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court,

in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158. After being notified that this appeal was subject to dismissal, Lago did not adequately respond. *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.